SEBEL etc v GUILFOYLE etc

Ohio Appeals, 1st Dist, Hamilton Co
No 3691. Decided May 12, 1930

Eugene & Sidney Adler and Bates, Stewart & Skirvin, all of Cincinnati, for Sebel

Matthews & Matthews and Anthony P. Conlon, all of Cincinnati, for Guilfoyle.

## CUSHING, PJ.

The only question for the consideration of this Court is whether **8621 GC**, applies to agreements made between real estate brokers with reference to the payment of commission.

The question before this court was considered by the Supreme Court of Ohio in the case of **Cohen v. Spitz Co., 121 Ohio St., 1 (166 N. E. 804)**. In that case the Court held that the statute applied not only to oral agreements between owner and broker, but also to those made between the broker and a third person.

Upon authority of the case of Cohen v. Spitz Co., supra, the judgment of the court of Common Pleas will be reversed, and the cause will be remanded to that court with instructions to enter judgment in favor of Samuel Sebel.

Ross and Hamilton, JJ, concur.